UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kevin Wetherbee,<br><br>       Plaintiff,<br><br>  v.<br><br>Cellco Partnership, d/b/a Verizon Wireless; and DOES 1-10, inclusive,<br><br>       Defendants. | Civil Action No.: 3:14-cv-1643<br><br>COMPLAINT<br><br>November 4, 2014 |

For this Complaint, the Plaintiff, Kevin Wetherbee, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Kevin Wetherbee ("Plaintiff"), is an adult individual residing in Columbia, Connecticut, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon"), is a New York business entity with an address of 2000 Corporate Drive, Orangeburg, New York 10962, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by Verizon

and whose identities are currently unknown to the Plaintiff.  One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Verizon at all times acted by and through one or more of the Agents.

## FACTS

7. Within the last four years, Verizon called Plaintiff's cellular telephone, number 860-XXX-8274, using an automatic telephone dialing system ("ATDS").

8. When Plaintiff answered calls from Verizon he heard a prerecorded message informing Plaintiff that his account was past due.

9. On or about August 6, 2014, Plaintiff called Verizon to establish a payment plan.

10. During the aforementioned conversation, Plaintiff requested that the calls stop, however a representative from Verizon told Plaintiff that the calls were "system generated" and that it was not guaranteed that the calls would stop.

11. Thereafter, Verizon continued to call Plaintiff's cellular telephone.

## COUNT I

## VIOLATIONS OF THE TCPA –

## 47 U.S.C. § 227, et seq.

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendants called Plaintiff on his cellular telephone using an automatic telephone dialing system ("ATDS") and a prerecorded or artificial voice.

14. Despite being directed to cease all calls, Defendants continued to place automatic telephone calls to Plaintiff's cellular telephone knowing that it lacked consent to call his number. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: November 4, 2014**

>**Respectfully submitted,**
>
>**By   /s/ Sergei Lemberg**
>
>**Sergei Lemberg, Esq.**
>**LEMBERG LAW L.L.C.**
>**1100 Summer Street, 3rd Floor**
>**Stamford, CT 06905**
>**Telephone: (203) 653-2250**
>**Facsimile:   (203) 653-3424**
>**Attorney for Plaintiff**